## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM LEONARD, | ) | 3:09-cv-644-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 11, 2011 |
| | ) | |
| MCDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Plaintiff has filed a Motion for Order Compelling Disclosure or Discovery (Doc. #20). Defendants have opposed the Motion (Doc. #21). The court does not require a reply.

      In this district discovery in inmate litigation does not commence until the court has issued a Scheduling Order allowing discovery to commence. No such Scheduling Order has been issued in this case.

      Plaintiff's Motion for Order Compelling Disclosure or Discovery (Doc. #20) is **DENIED**.

      **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK
                                            By:          /s/
                                                Deputy Clerk