UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| WILLIAM LEONARD, | CASE NO.  3:09-CV-0644-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: AUGUST 2, 2011 |
| E. K. McDANIEL, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>      Reporter: <u>FTR: 9:02:20 a.m. - 9:23:39 a.m.</u>

Counsel for Plaintiff(s): <u>WILLIAM LEONARD, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>CRYSTAL WILLIS</u>


PROCEEDINGS: **MOTION HEARING**

9:02 a.m. Court convenes.

The Court addresses each of the subject motions.

**Motion for Settlement Conference (Docket #31)**

The Court notes that Defendants do not desire to participate in a settlement conference at this time. Given this representation, IT IS ORDERED that the Motion for Settlement Conference is DENIED without prejudice.

**Motion for Court to Hold and Review Evidence (Docket #32) and Motion for Order Compelling Disclosure of Discovery (Docket #35)**

IT IS ORDERED that the Motion for Court to Hold and Review Evidence and Motion for Order Compelling Disclosure of Discovery are DENIED AS MOOT.

**Motion to Strike Plaintiff's Motion for Summary Judgment (Docket #47)**

IT IS ORDERED that the Motion to Strike is DENIED.  However, Defendants need only address those portions related to the "no kneel" order in their response.

Page Two
Minutes
3:09-CV-0644-LRH-RAM (Leonard v. McDaniel, et al.)
August 2, 2011

### Motion for Appointment of Counsel (Docket #49)

Plaintiff is advised that an appointment of counsel is only granted in extraordinary circumstances. The Court also notes that Plaintiff appears to be adequately managing the litigation in this case. Therefore, the Motion for Appointment of Counsel is DENIED.

### Motion for Court Ordered Legal Materials Returned to Plaintiff (Docket #50)

Plaintiff advises the Court that his materials have been returned.  IT IS ORDERED that this motion is DENIED AS MOOT.

### Motion to Consider New Evidence in Support of Plaintiff's Motion for Preliminary Injunction (Docket #51)

IT IS ORDERED that the Motion to Consider New Evidence is GRANTED to the extent that the 9-page Wikipedia article regarding arthritis, attached to the motion as a portion of Exhibit 2, shall be included as part of the record.  The motion is DENIED in all other respects.

### Motion for Enlargement of Time to Oppose Plaintiff's Motion for Summary Judgment (Docket #53)

IT IS ORDERED that the Motion for Enlargement of Time is GRANTED.  Defendants shall have **three (3) weeks**, or until **Tuesday, August 23, 2011**, to file their opposition to Plaintiff's Motion for Summary Judgment.

### Motion to Amend Complaint (Docket #29)

The Court advises Plaintiff that the proposed amendment to the complaint would be futile in that it does not apply to the circumstances in this case.  Therefore, IT IS ORDERED that the Motion to Amend Complaint is DENIED.

----------------

Ms. Willis requests that Plaintiff's Exhibit 32 to his Motion for Summary Judgment, filed on July 8, 2011 as #48 on the Court's docket, be sealed.  The Court agrees with the reasons given for said request.  Therefore, IT IS ORDERED that Plaintiff's Exhibit 32 (Docket #48) shall be SEALED.

9:23 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk