UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WILLIAM LEONARD, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-00644-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| MCDANIEL, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#74[1]) entered on January 4, 2012, recommending that Plaintiff's Motion for Injunctive Relief (#30), filed on April 13, 2011, and Plaintiff's Motion for Summary Judgment (#41), filed on June 23, 2011, be denied, and that Defendants' Motion for Summary Judgment (#54), filed July 19, 2011, be granted. Plaintiff filed his "Motion to Resign" (which the court has construed as his Objection to the Magistrate Judge's Report and Recommendation) (#75) on January 17, 2012. Defendants have not filed a response.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1]Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#74) entered on January 4, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#74) entered on January 4, 2012, is adopted and accepted, and Plaintiff's Motion for Injunctive Relief (#30) is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#41) is **DENIED**.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (#54) is **GRANTED**.

IT IS SO ORDERED.

DATED this 9th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE