AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

WILLIAM LEONARD,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: 3:09-CV-00644-LRH-WGC

E. K. McDANIEL, et al.,

      Defendants.

   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [74] entered on 1/4/2012 is ADOPTED and ACCEPTED, and Plaintiff's Motion for Injunctive Relief [30] is DENIED.  IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [41] is DENIED. IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment [54] is GRANTED. IT IS SO ORDERED

February 16, 2012                               **LANCE S. WILSON**
    Date                                                        Clerk

                                                          /s/   M. Campbell
                                                            Deputy Clerk