AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

WILLIAM LEONARD,

        Plaintiff,               JUDGMENT IN A CIVIL CASE
   V.

                        CASE NUMBER: 3:09-CV-00644-LRH-WGC

E. K. McDANIEL, et al.,

        Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [74] entered on 1/4/2012 is ADOPTED and ACCEPTED, and Plaintiff's Motion for Injunctive Relief [30] is DENIED. IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [41] is DENIED. IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment [54] is GRANTED. IT IS SO ORDERED

February 16, 2012
   Date

                     **LANCE S. WILSON**
                        Clerk

                    /s/   M. Campbell
                     Deputy Clerk